SARAH SCHOTTENSTEIN, Appellant, v WINDSOR TOV, LLC, et al., Respondents, et al., Defendants.

Submitted November 21, 2011; decided January 17, 2012

Reported below, 85 AD3d 546.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.